| | | | |
|---|---|---|---|
| State v. Welty<br>2016 MT 123N | DA 14-0451<br>Affirmed | 05/24/16 | Dist. 11 (Flathead) |
| Matter of Y.G., YINC<br>2016 MT 124N | DA 15-0646<br>Affirmed | 05/24/16 | Dist. 1 (Lewis and<br>Clark) |
| Couture v. Fender | OP 16-0298<br>Denied | 05/24/16 | Original Proceeding<br>Habeas Corpus |
| Vondal v. Fender | OP 16-0296<br>Denied | 05/24/16 | Original Proceeding<br>Habeas Corpus |
| Hadley v. Missoula<br>County Justice Ct. | OP 16-0202<br>Granted<br>in part | 05/25/16 | Original Proceeding<br>Supervisory Control |
| Cruson v. Missoula<br>Electric<br>2016 MT 125N | DA 15-0330<br>Reversed | 05/25/16 | Dist. 4 (Missoula) |
| Gruba, et al. v. PSC<br>2016 MT 131N | DA 15-0736<br>Affirmed | 05/31/16 | Dist. 1 (Lewis and<br>Clark) |
| Raths v. 1st<br>Interstate Bank<br>2016 MT 132N | DA 15-0547<br>Affirmed | 05/31/16 | Dist. 13<br>(Yellowstone) |
| Guardianship of<br>H.O.<br>2016 MT 133N | DA 15-0565<br>Affirmed | 05/31/16 | Dist. 4 (Missoula) &<br>Dist. 11 (Flathead) |
| Marriage of<br>Harrison-Simmons<br>2016 MT 134N | DA 15-0725<br>Affirmed | 05/31/16 | Dist. 10 (Fergus) |
| Matter of L.A.A. and<br>C.C., YINC<br>2016 MT 135N | DA 15-0784<br>Affirmed | 05/31/16 | Dist. 19 (Lincoln) |
| Giddings v. State<br>2016 MT 139N | DA 15-0138<br>Affirmed | 06/07/16 | Dist. 1 (Lewis and<br>Clark) |
| Evans v. Dow<br>2016 MT 140N | DA 15-0463<br>Affirmed | 06/07/16 | Dist. 8 (Cascade) |